## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**MILTON THOMAS,**

    **Plaintiff,**

**vs.**                                                    **CASE NO. 4:07cv74-SPM/AK**

**C. LATIMER,**

    **Defendant.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed an amended complaint alleging retaliation by the Defendant for asserting his First Amendment rights. (Doc. 32). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendant to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the amended complaint should be directed.

At this point, Plaintiff must submit service copies of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named one (1) Defendant in this action, Plaintiff must provide the Court with one additional copy of the amended complaint that is identical to the amended complaint, doc. 32, filed with the Court.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until January 31, 2008, to provide the Court with one (1) identical copy of his amended complaint for service on the Defendant.

2.  **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this  *17th*  day of January, 2008.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**