# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MILTON THOMAS,**

    Plaintiff,

vs.                                          **CASE NO. 4:07CV74-SPM/AK**

**C. LATIMER,**

    Defendant.

_____/

## O R D E R

    Presently before the Court in the above entitled action is Defendant's First Motion for Enlargement of Time to respond to the complaint. (Doc. 47). Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and Defendant shall have through **May 6, 2008**, to respond to the complaint.

    **DONE AND ORDERED** this **23rd** day of April, 2008.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**