IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MILTON THOMAS,

    Plaintiff,

vs.                                    Case. No.  4:07-CV-74-SPM/WCS

C. LATIMER,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation. (doc. 50) The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed, presumably because recent court mail has been returned from Plaintiff's last known address, the address indicated on Plaintiff's notice of address change (doc. 43).  Plaintiff has not updated his address since filing that notice.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 50) is *adopted* and incorporated by reference in this order.

2.    Defendant's Motion to Dismiss (doc. 49) is *granted*.

3.  Plaintiff's amended complaint is hereby *dismissed* for failure to exhaust administrative remedies and for failure to state a claim upon which relief may be granted.

4.  The clerk is directed to note that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this <u>third</u> day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge